UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSE PINA,<br><br>        Defendant. | Case No. 3:19-cr-00032-MMD-CLB<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for JESSE PINA and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for November 16, 2020, at 1:30 PM, be vacated and continued to December 14, 2020, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Pina.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Pina is on detained and agrees to the continuance. Specifically, Mr. Pina was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 4th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By  */s/ Lauren D. Gorman*<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for JESSE PINA | By  */s Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for November 16, 2020, at 1:30 PM, be vacated and continued to **December 14, 2020, at 11:00 AM.**

DATED this 5th Day of November 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE